UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC A. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>GOV. GAVIN NEWSOME,<br><br>    Defendant. | Case No. 20-08021 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the complaint with prejudice for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:  __March 19, 2021_____**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\08021Miller_judgment